# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | August 12, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 18-cv-1098-bhl |
| CASE NAME: | Coleman et al v. Milwaukee Board of School Directors et al |
| MATTER: | Status Conference |
| APPEARANCES: | Drew J. DeVinney, Attorney for Plaintiffs and Cross Defendants Anita Coleman and Estate of Trenton White |
| | Matthew Robert Falk, Attorney for Involuntary Plaintiff and Cross Claimant MHS Health Wisconsin |
| | Elleny B. Christopoulos and Anthony Jackson, Attorneys for Defendants Milwaukee Board of School Directors, Calvin Rayford, Maurice Turner, and Ryan D. Schmidt |
| TIME: | 10:34 a.m. – 10:54 a.m. |
| COURTROOM DEPUTY: | Kristine B. |

**AUDIO OF THIS HEARING IS AT ECF NO. 53**

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. The Court issued an oral ruling on the motion for summary judgment. Accordingly,

**IT IS HEREBY ORDERED** that, for the reasons stated on the record, Defendants' motion for summary judgment, ECF No. 30, is **GRANTED in part**. Count III of the Amended Complaint is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that, because the Court has concluded that Plaintiffs have no federal claim, the sole basis for its jurisdiction, the Court declines to rule on whether the Defendants are liable for the state law claims alleged in the Amended Complaint. The Court will relinquish supplemental jurisdiction over any remaining claims. *See* 28 U.S.C. §1367(c)(3); *Lavite v. Dunstan*, 932 F.3d 1020, 1034 (7th Cir. 2019) (noting district courts have discretion to decline to exercise supplemental jurisdiction). If Plaintiffs wish to pursue these issues, they may do so in state court.

Dated at Milwaukee, Wisconsin on August 12, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge